# United States District Court

DISTRICT OF **NEW MEXICO**

UNITED STATES OF AMERICA
v.

**WARRANT FOR ARREST**

**ROBERTO MEZA,**
a/k/a "Flaco,"
a/k/a "El Bob"
1421 Lincoln Street
Anthony, NM 88021

CASE NO: 09CR1374

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERTO MEZA, a/k/a "Flaco", a/k/a "El Bob"**
Name

and bring him/her forthwith to the nearest magistrate to answer a(n)

**xx** Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him/her with (brief description of offense)

Count 1: 21 U.S.C. § 846: Conspiracy;

Count 14: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Cocaine; 18 U.S.C. § 2: Aiding and Abetting;

Count 16: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Distribution of Cocaine;

Count 21: 21 U.S.C. § 843(b): Use of a Communication Facility to Further the Commission of a Drug Trafficking Crime; 18 U.S.C. § 2: Aiding and Abetting.

in violation of Title **21; 18** United States Code, Section(s) **846; 841; 843; 2**

MATTHEW J. DYKMAN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

CLERK OF THE COURT
Title of Issuing Officer

05/20/09 @ Las Cruces, NM
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |